No. 359, Misc. KUBESH *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 161, Misc. BEST *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. Petitioner *pro se.* *Solicitor General Perlman, Assistant Attorney General McInerney, Philip R. Monahan* and *Robert G. Maysack* for the United States.

No. 288, Misc. BAKER, ADMINISTRATRIX, *v.* ATLANTIC COAST LINE RAILROAD Co. Supreme Court of North Carolina. Certiorari denied. MR. JUSTICE REED took no part in the consideration or decision of this application. *Douglas B. Maggs* for petitioner. *Charles Cook Howell* for respondent.

No. 486, October Term, 1949. ROBERTSON ROCK BIT Co., INC. ET AL. *v.* HUGHES TOOL Co., 338 U. S. 948. Second petition for rehearing denied.

No. 12, Original. UNITED STATES *v.* LOUISIANA, *ante,* p. 899. The petition for rehearing is denied. MR. JUSTICE JACKSON and MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 297. KIEFER-STEWART Co. *v.* JOSEPH E. SEAGRAM & SONS, INC. ET AL., *ante,* p. 211;

No. 397. GAUNT *v.* UNITED STATES, *ante,* p. 917;

No. 419. DUBAN, EXECUTRIX, ET· AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, *ante,* p. 917; and

No. 436. BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COL-

LEGE ET AL. *v.* WILSON, *ante,* p. 909.   The petitions for rehearing in these cases are severally denied.

No. 81, Misc., October Term, 1949.   EAGLE *v.* CHERNEY ET AL., 338 U. S. 837.   Fifth petition for rehearing denied.

MARCH 3, 1951.

No. 240, Misc.   FERNANDEZ *v.* NEW YORK, *ante,* p. 914. The petition for rehearing is denied.

MARCH 5, 1951.

No. 551.   MARSH ET AL. *v.* CITY OF EL DORADO.   *Per Curiam:* The appeal is dismissed for the want of a substantial federal question.   *Henry B. Whitley* for appellants.   *J. A. O'Connor, Jr.* for appellee.

No. 89.   UNITED STATES EX REL. KNAUFF *v.* McGRATH, ATTORNEY GENERAL, ET AL.

*Per Curiam:* The petition for writ of certiorari is granted.   The judgment of the Court of Appeals is vacated and the cause is remanded to the District Court with directions to vacate its order and to dismiss the proceeding upon the ground that the cause is moot.   MR. JUSTICE CLARK took no part in the consideration or decision of this case.   *Gunther Jacobson* for petitioner.   *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Philip R. Monahan* for respondents.

No. 376, Misc.   FOSTER *v.* HUDSPETH, WARDEN.   Petition for writ of certiorari to the Supreme Court of Kansas dismissed on motion of petitioner.